Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Carl Alexander Wescott and Monette Rosemarie Stephens<br>Debtor(s) | Bankruptcy Case No.: 12–30143<br>Chapter: 7 |
| Quality Housing Solutions, LLC Plaintiff(s)<br>vs.<br>Carl Alexander Wescott Defendant(s)<br>(See attachment for additional defendant(s)) | Adversary Proceeding No. 12–03062 |

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 235 Pine Street, 19th floor (94104)
> Post Office Box 7341
> San Francisco, CA 94120

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Michael J.M. Brook
> Law Offices of Michael Brook
> 645 Fouth Street, #200
> Santa Rosa, CA 95404

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** June 29, 2012 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 235 Pine St. 22nd Fl., San Francisco, CA 94104 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 4/25/12

                                                Rosalynn Wong
                                                Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and copy of the complaint was made _____(date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☐ State Law:The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature_____
                    Print Name:_____
                    Business Address:_____
                         _____

**ADDITIONAL PLAINTIFFS/DEFENDANTS NOT LISTED ON THE FIRST PAGE**

Monette Rosemarie Stephens, Defendant