# Notice Recipients

District/Off: 0971–3           User: rwong                Date Created: 4/25/2012
Case: 12–03062                Form ID: SUM               Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Michael J.M. Brook          mbrooklaw@gmail.com

                                                                    TOTAL: 1