**Signed and Filed: July 2, 2012**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>　　　　　　Debtors.<br>_____<br>QUALITY HOUSING SOLUTIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>　　　　　　　　Defendants.<br>_____ | Bankruptcy Case<br>No. 12-30143DM<br><br>Chapter 11<br><br><br><br><br>Adversary Proceeding<br>No. 12-3062DM |

ORDER OF DISMISSAL

　　This matter having been duly noticed and called for status conference on June 29, 2012, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that this adversary proceeding is dismissed for lack of prosecution.

　　　　　　　　　　　　**END OF ORDER**

dismch11.ord